IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY A. DEVEREAUX, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil No. 3:13-CV-3737-M-BK |
| YRC WORLDWIDE INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant YRC Worldwide's *Motion to Dismiss and Substitute in Proper Defendant* (Doc. 10) is **DENIED**.

SO ORDERED this 28th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE